HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM MCDONALD,<br><br>                    Plaintiff,<br><br>       vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, and DELLWO, ROBERTS & SCANLON, P.S.,<br><br>                    Defendants. | NO. 2:11-cv-00913-TSZ<br><br>ANSWER TO COMPLAINT |

COME NOW Defendants Portfolio Recovery Associates, LLC, and Dellwo, Roberts & Scanlon, P.S. (hereinafter "Defendants"), and for their answer to Plaintiff's Complaint hereby admit, deny and allege as follows:

ANSWER TO COMPLAINT                                         - 1 -
508834/101711 1352/62760080

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## SUMMARY OF CASE

1.  Paragraph 1 is a summary to which no answer is required. To the extent a response is required, Defendants deny the allegations set forth in Paragraph 1 of Plaintiff's Complaint.

## PARTIES AND JURISDICTION

2.  Defendants are without sufficient knowledge to admit or deny the allegation set forth in Paragraph 2 of Plaintiff's Complaint and, therefore, deny the same.

3.  Defendants admit that Portfolio Recovery Associates, LLC is a foreign limited liability company existing pursuant to the laws of the State of Delaware, that its principal place of business is in Norfolk, Virginia, and that it is engaged in the business of purchasing debt and debt collection activities. Whether Portfolio is a "debt collector" as defined by the Fair Debt Collection Practices Act is a conclusion of law requiring no response from Defendants. To the extent a response is required, Defendants deny the remaining allegations set forth in Paragraph 3 of Plaintiff's Complaint. Except as expressly admitted, Defendants deny the remaining allegations set forth in Paragraph 3 of Plaintiff's Complaint.

4.  Defendants admit that Dellwo, Roberts & Scanlon, P.S. is a Washington professional services corporation whose business is located in Spokane, Washington. Whether Dellwo, Roberts & Scanlon is a "debt collector" as defined by the Fair Debt Collection Practices Act is a conclusion of law requiring no response from Defendants. To the extent a response is required, Defendants deny the remaining allegations set forth in Paragraph 4 of

ANSWER TO COMPLAINT  - 2 -
508834/101711 1352/62760080

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Plaintiff's Complaint. Except as expressly admitted, Defendants deny the remaining allegations set forth in Paragraph 4 of Plaintiff's Complaint.

5. Defendants admit that this court has jurisdiction.

6. Defendants admit that this court has personal jurisdiction over the Defendants.

7. Defendants admit that venue is proper.

## COMMON FACTS

8. Defendants are without sufficient knowledge to admit or deny the allegations set forth in Paragraph 8 of Plaintiff's Complaint and, therefore, deny the same.

9. Defendants are without sufficient knowledge to admit or deny the allegations set forth in Paragraph 9 of Plaintiff's Complaint.

10. Defendants admit the allegations set forth in Paragraph 10 of Plaintiff's Complaint.

11. The record in the Portfolio Recovery Associates v. McDonald, Cause No. 95-13539 matter ("Portfolio Litigation") is a matter of public record and written instrument, which speaks for itself  Accordingly, no response is required of Defendants.

12. Defendants admit that Portfolio filed a motion for summary judgment. The "Kunkle affidavit" is a written document that speaks for itself. Except as expressly admitted, Defendants deny the remaining allegations set forth in Paragraph 12 of Plaintiff's Complaint.

13. The "Kunkle affidavit" is a written document that speaks for itself and Paragraph 13 of Plaintiff's Complaint contains no allegations to which a response is require.

ANSWER TO COMPLAINT — 3 —
508834/101711 1352/62760080

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

To the extent a response is required, Defendants deny the remaining allegations set forth in Paragraph 13 of Plaintiff's Complaint.

14. Defendants deny the allegations set forth in Paragraph 14 of Plaintiff's Complaint.

15. Defendants are without sufficient knowledge to admit or deny the allegations set forth in Paragraph 15 of Plaintiff's Complaint and, therefore, deny the same.

16. The correspondence referenced in Paragraph 16 of Plaintiff's Complaint consist of written instruments that speak for themselves. Paragraph 16 contains no allegations to which a response is required. To the extent a response is required, Defendants deny the remaining allegations set forth in Paragraph 16 of Plaintiff's Complaint.

17. Defendant Scanlon's response is a written instrument that speaks for itself. Paragraph 17 contains no allegations to which a response is required. To the extent a response is required, Defendants deny the remaining allegations set forth in Paragraph 17 of Plaintiff's Complaint.

18. Defendants admit the allegations set forth in Paragraph 18 of Plaintiff's Complaint.

19. Defendants are without sufficient knowledge to admit or deny the allegations set forth in Paragraph 19 of Plaintiff's Complaint and, therefore, deny the same.

20. The correspondence referenced in Paragraph 20 of Plaintiff's Complaint is a written instrument that speaks for itself. Paragraph 20 contains no allegations to which a

ANSWER TO COMPLAINT - 4 -
508834/101711 1352/62760080

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

response is required. To the extent a response is required, Defendants deny the remaining allegations set forth in Paragraph 20 of Plaintiff's Complaint..

FIRST CLAIM FOR RELIEF
FAIR DEBT COLLECTION PRACTICES ACT
(AGAINST ALL DEFENDANTS)

21. Defendants repeat and reincorporate their responses, admissions and denials in Paragraphs 1 through 20 as if set forth here in full.

22. Paragraph 22 of Plaintiff's Complaint Act contains a conclusion of law requiring no response from Defendants. To the extent a response is required, Defendants deny the allegations set forth in Paragraph 22 of Plaintiff's Complaint.

23. Defendants deny the allegations set forth in Paragraph 23 and its subparts of Plaintiff's Complaint.

24. Defendants are without sufficient knowledge to admit or deny the allegations set forth in Paragraph 24 of Plaintiff's Complaint and, therefore, deny the same.

25. Defendants deny the allegations set forth in Paragraph 25 of Plaintiff's Complaint.

26. Defendants deny the allegations set forth in Paragraph 26 of Plaintiff's Complaint.

27. Defendants deny the allegations set forth in Paragraph 25 of Plaintiff's Complaint.

ANSWER TO COMPLAINT                           - 5 -
508834/101711 1352/62760080

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## SECOND CLAIM FOR RELIEF
## INVASION OF PRIVACY/INTRUSION UPON SECLUSION
## (AGAINST ALL DEFENDANTS)

28. Defendants repeat and reincorporate their responses, admissions and denials in Paragraphs 1 through 27 as if set forth here in full.

29. Defendants deny the allegations set forth in Paragraph 29 of Plaintiff's Complaint.

30. Defendants deny the allegations set forth in Paragraph 30 of Plaintiff's Complaint.

31. Defendants deny the allegations set forth in Paragraph 31 of Plaintiff's Complaint.

## **PLAINTIFF'S PRAYER**

To the extent a response is required to Plaintiff's prayer for relief, the grounds and basis for such requests are denied.

## **AFFIRMATIVE DEFENSES**

By way of further answer and affirmative defenses, Defendants allege as follows:

1. Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

2. Plaintiff's Complaint fails to name a necessary party.

3. Plaintiff may have failed to mitigate her damages.

ANSWER TO COMPLAINT — - 6 -
508834/101711 1352/62760080

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**RELIEF REQUESTED**

WHEREFORE, having fully answered Plaintiff's Complaint, and presented affirmative defenses thereto, Defendants pray that Plaintiff take nothing thereby, that Plaintiff's Complaint be dismissed with prejudice and without cause, and that Defendants be awarded their costs, disbursements and attorneys' fees incurred herein to the extent permitted by law.

DATED this 17th day of October, 2011.

                                BETTS, PATTERSON & MINES, P.S.


                                By /s/ Charles A. Lyman

                                Charles A. Lyman, WSBA #30495
                                Attorneys for Defendants

ANSWER TO COMPLAINT   - 7 -
508834/101711 1352/62760080

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2011, a true and correct copy of the foregoing document was served on the following:

| | |
|---|---|
| John Heenan<br>Heenan Law Firm<br>3970 Avenue D, Ste. A<br>Billings, MT 59102 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ ECF Filing |
| Justin Baxter<br>Baxter & Baxter<br>8835 SW Canyon Lane, Ste. 130<br>Portland, OR 97225 | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☒ ECF Filing |

Dated October 17, 2011, at Seattle, Washington.

*/s/ Tracy Horan*
Tracy Horan

ANSWER TO COMPLAINT - 8 -

508834/101711 1352/62760080

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988